```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIPE VALENTE, et al.,

                         **Plaintiffs,**

       -against-

**2 WITH DELI CORP., et al.,**

                         **Defendants.**

-----------------------------------------------------------------X

**17-CV-6889 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        In this Fair Labor Standards Act case, the parties appeared before the Court on April 24, 2018, for a settlement conference, at which they agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreements on May 9, 2018, and May 16, 2018. ECF Nos. 24, 25. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 18, 2018
                 New York, New York